NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

PARKERVISION, INC.,
*Appellant*

**v.**

TCL INDUSTRIES HOLDINGS CO., LTD., LG ELECTRONICS INC.,
*Appellees*

2023-1417

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00985, IPR2022-00246.

**JUDGMENT**

JASON SCOTT CHARKOW, Daignault Iyer LLP, Vienna, VA, argued for appellant. Also represented by RONALD M. DAIGNAULT, CHANDRAN IYER.

EDWARD JOHN MAYLE, Kilpatrick Townsend & Stockton LLP, Denver, CO, argued for appellees. TCL Industries Holdings Co., Ltd. also represented by KRISTOPHER L. REED, Dallas, TX.

DAVID S. CHUN, Ropes & Gray LLP, East Palo Alto, CA, for LG Electronics Inc.  Also represented by STEVEN PEPE, MATTHEW R. SHAPIRO, New York, NY; SCOTT S. TAYLOR, Boston, MA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2024
Date

Jarrett B. Perlow
Clerk of Court